JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WARNER, | ) Case No. SACV 16-00242-JLS(DFMx) |
| | ) |
| Plaintiff(s), | ) ORDER STAYING ACTION PENDING FINAL |
| | ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF |
| | ) DISMISSAL |
| AETNA LIFE INSURANCE COMPANY. | ) |
| | ) |
| Defendant(s). | ) |

On November 8, 2016, the Parties filed a Joint Notice of Settlement (doc. 20), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within fifteen (15) days, to reopen the action if settlement is not consummated.

///

///

1    The parties shall file a Stipulation of Dismissal no later than
2 November 23, 2016. If no dismissal is filed, the Court deems the
3 matter dismissed at that time.
4    The Court retains full jurisdiction over this action and this
5 order shall not prejudice any party in the action.

7 IT IS SO ORDERED.

9 DATED: November 08, 2016            JOSEPHINE L. STATON
                                      HONORABLE JOSEPHINE L. STATON
                                      UNITED STATES DISTRICT JUDGE